UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN J. ERBACHER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01135-NONE-EPG (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

　　　　Justin Erbacher ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The Court has determined that this case will benefit from a settlement conference.  Therefore, this case will be referred to Magistrate Judge Helena M. Barch-Kuchta to conduct a settlement conference on March 19, 2021, at 9:00 a.m.  The settlement conference will be conducted by remote means, to be determined at a later date and time.  The Court will issue the order detailing the procedures for the settlement conference and the necessary writ in due course.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Helena M. Barch-Kuchta on March 19, 2021, at 9:00 a.m.  The settlement conference will be conducted by remote means, to be determined at a later date and time.

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California Substance Abuse Treatment Facility via facsimile at (559) 992-7191 or via email.

IT IS SO ORDERED.

Dated:   **January 8, 2021**         /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE