# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN J. ERBACHER,<br><br>        Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, et al.,<br><br>        Defendants. | Case No. 1:20-cv-01135-NONE-EPG (PC)<br><br>ORDER VACATING WRIT, DATES, AND DEADLINES, AND REQUIRING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 25)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION COORDINATOR AT CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY VIA E-MAIL |

On March 11, 2021, Defendants filed a notice of settlement. (ECF No. 25). On March 12, 2021, Magistrate Judge Helena Barch-Kuchta vacated the pre-settlement conference and the settlement conference. (ECF No. 26).

In light of the parties' settlement, IT IS ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued on February 19, 2021, which directed the Warden to produce Justin J. Erbacher, CDCR #G-64213, is VACATED;
2. All pending dates and deadlines are VACATED;
3. The parties have 30 days from the date of service of this order to file the dispositional documents; and

\\\
\\\
\\\

4. The Clerk of Court is directed to serve a copy of this order on the litigation coordinator at California Substance Abuse Treatment Facility via e-mail.

IT IS SO ORDERED.

Dated:  **March 12, 2021**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE